Form 5 - SUITABLE WITH MAILING

```
                    JON L NORINSBERG ESQ    JON L NORINSBERG ESQ
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK
------------------------------------------------------     index No. 11 CV
SHAQUNA PIERRE, ETAL                                       3553(ARR)(VVP)
                                            PLAINTIFF      Date Filed
                        - vs -
THE CITY OF NEW YORK, ETAL
                                            DEFENDANT      Office No.
------------------------------------------------------     Court Date.
            STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
```

**GERALD K. MURRAY** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **05TH** day of **JUNE, 2012 09:49 AM** at
             **%77TH PRECINCT, 127 UTICA AVENUE**
             **BROOKLYN NY 11213**
I served the **AMENDED SUMMONS AND AMENDED COMPLAINT,**
upon **PO FADY AZMY, SHIELD NO. 1308**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **P.O. (JOHN) WILDCHEZ, AUTHORIZED TO ACCEPT**
a person of suitable age and discretion.
             Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

             SEX: **MALE**   COLOR: **BLACK** HAIR: **BALD**
             APP.AGE: **30** APP. HT: **6/1** APP. WT: **215**
             OTHER IDENTIFYING FEATURES


On **06/07/2012** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:


Sworn to before me this
07TH day of JUNE, 2012

SAMSON NEWMAN
Notary Public, NEW YORK COUNTY
  01NE4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2013

GERALD K. MURRAY 0872285
Empire Lawyers Service, LLC
d/b/a Aetna Judicial Service
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-JLN-205407